UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE GORDON MOTION PICTURE COMPANY LLC,

             Plaintiff,

 -against-

JOHN KERRY FOR PRESIDENT,

             Defendant.
------------------------------------------------------------------------X

Docket #  06 CV  13498

**PLAINTIFF GORDON MOTION PICTURE COMPANY LLC RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, plaintiff, THE GORDON MOTION PICTURE COMPANY LLC, discloses that it does not have any publicly held parent corporations and no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
       November 28, 2006

                                          _____
                                          ANTHONY BROCCOLO
                                          Attorney for Plaintiff
                                          THE GORDON MOTION PICTURE
                                          COMPANY LLC
                                          752 West End Ave
                                          Suite 2H
                                          New York, NY 10025
                                          (917) 621-5883

JOHN KERRY FOR PRESIDENT
511 C Street N.E.
Washington, D.C. 20002
(202) 464-2136

JOHN KERRY FOR PRESIDENT
304 Russell Building
3rd Floor
Washington, D.C. 20510
(202) 224 2742

JOHN KERRY FOR PRESIDENT
40 Court Street