UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE GORDON MOTION PICTURE COMPANY LLC,

    Plaintiff,

v.

JOHN KERRY FOR PRESIDENT,

    Defendant.

---

06 CV 13498 (UA)

**STIPULATION AND ORDER**

RAKOFF, S, PART I

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Defendant John Kerry for President's time to answer, move or otherwise respond to Plaintiff's complaint is extended from December 18, 2006 through and until January 18, 2007.

Dated: New York, New York
December 12, 2006

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Thomas D. Ali, Esq.
Attorneys for Defendant
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

_____
Anthony Brocoolo, Esq.
Attorney for Plaintiff
752 West End Avenue, Suite 2H
New York, New York 10025
(917) 621-5883

SO ORDERED:

_____
U.S.D.J.   PART I

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-06

The Gordon Motion Picture Company v. John Kerry for President   Doc. 3