UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 6/5/07

**Gordon Motion Picture Co., LLC,**

                **Plaintiff.**

-v-

**John Kerry for President,**

                **Defendant**

Case No.06-cv-13498(KMK)

<u>ORDER SETTING
PRE- MOTION CONFERENCE</u>

<u>KENNETH M. KARAS</u>, District Judge:

    The Court hereby ORDERS that the parties appear for a pre-motion conference in this case. The conference shall be held on June 13, 2007 at 12:45pm in the United States Courthouse for the Southern District of New York, Courtroom 21D- 500 Pearl Street, New York, New York.

The Gordon Motion Picture Company LLC v. John Kerry for President    Doc. 6

SO ORDERED.

Dated:    June 4, 2007
            New York, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE