AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Christine Rodriguez, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On June 14, 2007, I served a true copy of the foregoing: NOTICE OF APPEARANCE on the following:

Anthony Broccolo<br>
The Gordon Motion Picture<br>
752 West End Avenue<br>
Suite 2H<br>
New York, NY 10025

3. I made such service by personally enclosing a true copy of the aforementioned document in properly addressed prepaid wrapper and placing it into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York.

The Gordon Motion Picture Company LLC v. John Kerry for President    Doc. 7 Att. 1

_Christine Rodriguez_ (signature)

Sworn to before me this
17th day of June, 2007

_Notary Public_ (signature)

AUSTIN KWAME WILKINSON
Notary Public, State of New York
No. 01WI5051848
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Nov. 13, 2009