The Gordon Motion Picture Company LLC v. John Kerry for President                                    Doc. 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GORDON MOTION PICTURE CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN KERRY FOR PRESIDENT, JOHN KERRY, ROBERT SHRUM, TAD DEVINE, and DAVID WADE,<br><br>Defendant. | Civil Action No. 06 CV 13498 (KMK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is appearing as counsel on behalf of defendants John Kerry for President, John Kerry, Robert Shrum, Tad Devine, and David Wade in the above-entitled action.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Thomas P. Abt
Thomas P. Abt (TA-6832)
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 492-0596

*Attorneys for Defendants*

Dated: June 14, 2007

TO: All Counsel of Record