



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
FILED: ___ 6/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE GORDON MOTION PICTURE COMPANY
LLC,

                Plaintiff,

    -v-

JOHN KERRY FOR PRESIDENT,

                Defendant.

06 CV 13498 (KMK)

MOTION SCHEDULING ORDER

**KARAS, U.S.D.J.**

        At the Pre-Motion Conference before the Court held on June 13, 2007 the Court adopted the following scheduling order:

        Defendant's motion to dismiss shall be served upon opposing counsel not later than July 20, 2007.

        Plaintiff's opposition papers are to be served upon opposing counsel not later than August 17, 2007.

        Reply papers are to be served upon opposing counsel not later than September 7, 2007.

        Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.

        Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

        Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

        The movant shall electronically file their motion and reply papers with the Clerk only when the entire motion is fully briefed. The respondent shall electronically file opposition papers only when advised by the movant that their papers are being filed. Courtesy copies are to be served on the opposing parties by the assigned date. Two courtesy copies of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

The Gordon Motion Picture Company LLC v. John Kerry for President

Doc. 9

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    New York, New York
          June _____, 2007

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE