07/19/2007 13:56 FAX

KARAS, S.

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE GORDON MOTION PICTURE
COMPANY LLC,

    Plaintiff,

v.

JOHN KERRY FOR PRESIDENT, JOHN
KERRY, ROBERT SHRUM, TAD
DEVINE, and DAVID WADE,

    Defendants.

Civil Action No. 06 CV 13498 (KMK)

**STIPULATION AND ORDER**

The Gordon Motion Picture Company LLC v. John Kerry for President    Doc. 10

    WHEREAS, the Court on June 14, 2007 entered an order providing, among other things, that Defendants shall serve their motion to dismiss on opposing counsel not later than July 20, 2007;

    WHEREAS, the parties have initiated discussions concerning a final resolution of the Action and appear to be near agreement;

    WHEREAS, the parties are continuing their discussions concerning resolution of this Action, and in order to allow these discussions to proceed;

07/19/2007 13:56 FAX                                                                 ☒002

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, that the deadline for Defendants' motion to dismiss is extended from July 20, 2007 through and until August 3, 2007.

Dated: New York, New York
       July 19, 2007

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____              _____
    Thomas F. Abs, Esq.                   Anthony Briscolo, Esq.
    Attorneys for Defendants              Attorney for Plaintiff
    1285 Avenue of the Americas           752 West End Avenue, Suite 2H
    New York, New York 10019              New York, New York 10025
    (212) 373-3000                        (917) 621-5883

SO ORDERED:

_____  M
Dated: 7/20/    , 2007

Doc#:US1:5335071.1