UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE GORDON MOTION PICTURE COMPANY LLC,                    Docket # 06 CV 13498 (KMK)

            Plaintiff,

   -against-                                              **STIPULATION**
                                                     **DISCONTINUING**
                                                     **ACTION**

JOHN KERRY FOR PRESIDENT, JOHN KERRY,
ROBERT SHRUM, TAD DEVINE and DAVID WADE,

           Defendants.
------------------------------------------------------------X

    *IT IS HEREBY STIPULATED AND AGREED*, by and between the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       July 30, 2007

_____                    _____
ANTHONY BROCCOLO                           PAUL, WEISS, RIFKIND, WHARTON
Attorney for Plaintiff                     & GARRISON
THE GORDON MOTION                          Attorneys for the Defendants
PICTURE COMPANY LLC                        1285 Avenue of the Americas
752 West End Ave                           New York, NY 10019
Suite 2H                                   (212) 373-3000
New York, NY 10025
(917) 621-5883


SO ORDERED:
_____
U.S.D.J.
8/6/07